# PIDGEON & DONOFRIO GP

CHICAGO TITLE BUILDING
3002 Colby Avenue, Suite 306, Everett, Washington 98201
(425) 605-4774 telephone (425) 818-5371 facsimile

March 31, 2010

Hon. Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/1/10

Re: In re Old Car Co, LLC
    10-CV-2493

To the Honorable Judge Jones:

I have just spoken with Jeff Ellman from the Altanta office of Jones Day. He received our message and facsimile transmission sent to Corrine Bell of the letter sent to Judge Jones yesterday.

Their office just heard about the docketing yesterday or the day before as well, so it was news to all of us. He indicated that they have no difficulty with Judge Jones granting the extension for the due date on our Brief on Appeal to April 12, 2010 as requested. Jeff's phone number is 404 521-3939.

I hope this answers the Judge's questions in this regard, and we look forward to bringing our appeal in her courtroom.

Sincerely,

STEPHEN PIDGEON
Pidgeon & Donofrio GP

Cc: Corrine Ball
    JONES DAY (212) 755-7302 facsimile / (212)326-3939

*[Handwritten:]* The deadline for Plaintiff's Brief on Appeal is extended to April 12, 2010.

SO ORDERED.
Barbara S. Jones
U.S.D.J.
3/31/10