USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: CHRYSLER, LLC, et al,

Case No. 10 CV 2493

Debtor,

ORDER FOR ADMISSION, PRO HAC VICE
ON WRITTEN MOTION

### ORDER FOR ADMISSION
### PRO HAC VICE
### ON WRITTEN MOTION

Upon the motion of attorney for ISLAND JEEP INCORPORATED, et al, and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Stephen Pidgeon |
| Firm Name: | Pidgeon & Donofrio, GP |
| Address: | 3002 Colby Avenue, Suite 306 |
| City/State/Zip: | Everett, Washington 98201 |
| Telephone/Fax: | (425)605-4774 telephone; (425)818-5371 facsimile |
| Email Address: | attorney@stephenpidgeon.com |

is admitted to practice pro hac vice as counsel for in the above-captioned case in the United States District

Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned

to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 4/14/10

City, State: NY

_____
United States District/Magistrate Judge