**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

Chrysler LLC, et al.,                :        Case No. 10 CV 2493

                Debtors.       :

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, STEPHEN PIDGEON, now certify that I caused the REJECTED DEALERS' BRIEF ON APPEAL together with this Certificate of Service to be served on the following interested parties:

| | |
|---|---|
| Jones Day<br>Attn: Jeffrey B. Ellman, Esq.<br>(Counsel To: The Debtors)<br>1420 Peachtree Street. N.E. Suite 800<br>Atlanta, GA 30309<br>Phone: 404-521-3939<br>Fax: 404-581-8330<br>Email: JBELLMAN@JONESDAY.COM | Jones Day<br>Attn: Corinne Ball, Esq., Veerle Roovers, Esq.<br>(Counsel to: The Debtors)<br>222 East 41st Street<br>New York, NY 10017<br>Phone: 212-326-3939<br>Fax: 212-755-7306<br>Email: CBALL@JONESDAY.COM;<br>VROOVERS@JONESDAY.COM |
| Jones Day<br>Attn: David G. Heiman, Esq.<br>(Counsel To: The Debtors)<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Phone: 216-586-3939<br>Facsimile: 216-579-0212 | Office of the United States Trustee, SDNY<br>Attn: Brian Masumoto, Esq.<br>33 Whitehall Street, 21stFloor<br>New York, NY 10004<br>Phone: 212-510-0500<br>Fax: 212-668-2255<br>No Service by Email on the U.S. Trustee |

This service was accomplished by first class U.S. Mail, postage prepaid this 9th day of April, 2010.

                                                       //STEPHEN PIDGEON//
                                                       STEPHEN PIDGEON