UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                          )
                                               )
Old Carco LLC                                  )    Appeal from Bankr. Case
(f/k/a Chrysler LLC), *et al.*,                )    No. 09-50002 (AJG)
                                               )    (Jointly Administered)
                     Debtors.                  )
                                               )
---------------------------------------------------------x
Island Jeep, Inc., *et al.*,                   )
                                               )
                     Appellants,               )    Case No. 1:10-cv-02493 (AKH)
           v.                                  )    (ECF Case)
                                               )
Old Carco Liquidation Trust,                   )
                                               )
                     Appellee.                 )
---------------------------------------------------------x

## APPENDIX TO BRIEF OF APPELLEE OLD CARCO LIQUIDATION TRUST

| | |
|---|---|
| JONES DAY | JONES DAY |
| 222 East 41st Street | P.O. Box 165017 |
| New York, New York 10017 | Columbus, Ohio 43216-5017 |
| Telephone: (212) 326-3939 | and |
| Facsimile: (212) 755-7306 | 325 John H. McConnell Blvd |
| Corinne Ball | Suite 600 |
| | Columbus, Ohio 43215 |
| JONES DAY | Telephone: (614) 469-3939 |
| 1420 Peachtree Street, N.E. | Facsimile: (614) 461-4198 |
| Suite 800 | Jeffrey J. Jones |
| Atlanta, Georgia 30309 | |
| Telephone: (404) 581-3939 | JONES DAY |
| Facsimile: (404) 581-8330 | 51 Louisiana Avenue, N.W. |
| Jeffrey B. Ellman | Washington, D.C. 20001-2113 |
| Brett J. Berlin | Telephone: (202) 879-3939 |
| | Facsimile: (202) 626-1700 |
| | Kevyn D. Orr |
| | |
| | Attorneys for Appellee |
| | Old Carco Liquidation Trust |

## Appendix of Selected Items

| Document | Docket No. | Date Entered | Tab |
|---|---|---|---|
| Motion of Debtors and Debtors in Possession, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006, for (I) An Order (A) Approving Bidding Procedures and Bidder Protections for the Sale of Substantially All of the Debtors' Assets and (B) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets, Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and Related Procedures and (C) Granting Certain Related Relief (referred to in the Brief as the "Sale Motion") | 190 | 5/3/09 | Appendix 1 |
| Affidavit of Mailing of Bridget Gallerie | 195 | 5/3/09 | Appendix 2 |
| Order Pursuant to Section 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006, (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Provide Certain Bid Protections, (C) Scheduling a Final Hearing Approving the Sale of Substantially All of the Debtors' Assets and (D) Approving the Form and Manner of Notice Thereof (referred to in the Brief as the "Bidding Procedures Order") | 492 | 5/8/09 | Appendix 3 |
| Omnibus Motion of Debtors and Debtors in Possession for an Order, Pursuant to Sections 105, 365 and 525 of the Bankruptcy Code and Bankruptcy Rule 6006, (A) Authorizing the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief (referred to in the Brief as the "Dealer Rejection Motion") | 780 | 5/14/09 | Appendix 4 |

| Document | Docket No. | Date Entered | Tab |
|---|---|---|---|
| Supplemental Affidavit of Mailing of Bridget Gallerie | 842 | 5/14/09 | Appendix 5 |
| Affidavit of Mailing of Regina Amporfro[1] | 930 | 5/15/09 | Appendix 6 |
| Affidavit of Service of Eleni Manners | 1588 | 5/21/09 | Appendix 7 |
| Opinion Granting Debtors' Motion Seeking Authority to Sell, Pursuant to 11 U.S.C. § 363, Substantially All of the Debtors' Assets (published as In re Chrysler LLC, 405 B.R. 84, 88 (Bankr. S.D.N.Y.), and referred to in the Brief as the "Sale Opinion") | 3073 | 5/31/09 | Appendix 8 |
| Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and Related Procedures and (III) Granting Related Relief (referred to in the Brief as the "Sale Order") | 3232 | 6/1/09 | Appendix 9 |
| In re Chrysler LLC, Hearing Transcript, dated May 27, 2009 | 3253 | 6/2/09 | Appendix 10 |
| In re Chrysler LLC, Hearing Transcript, dated May 28, 2009 | 3255 | 6/2/09 | Appendix 11 |
| In re Chrysler LLC, Hearing Transcript, dated May 29, 2009 | 3355 | 6/3/09 | Appendix 12 |
| Notice of Filing Designation of Excluded Contracts in Connection with Omnibus Motion of Debtors and Debtors in Possession for an Order, Pursuant to Sections 105, 365 and 525 of the Bankruptcy Code and Bankruptcy Rule 6006, (A) Authorizing the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief (referred to in the Brief as the "Dealer Excluded Contracts Notice") | 3478 | 6/3/09 | Appendix 13 |

---

[1] Exhibit B to this document is voluminous and, accordingly, is not filed herewith but has been provided to the Court in its copy of this Appendix and is available upon request.

| Document | Docket No. | Date Entered | Tab |
|---|---|---|---|
| Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006, (A) Authorizing the Rejection of Executory Contracts and Unexpired Leases with Certain Domestic Dealers and (B) Granting Certain Related Relief (referred to in the Brief as the "Dealer Rejection Order") | 3802 | 6/9/09 | Appendix 14 |
| In re Chrysler LLC, Hearing Transcript, dated June 9, 2009 | 3877 | 6/11/09 | Appendix 15 |
| Opinion Regarding Authorization of Rejection of All Executory Contracts and Unexpired Leases With Certain Domestic Dealers and Granting Certain Related Relief (published as In re Old Carco, LLC, 406 B.R. 180 (Bankr. S.D.N.Y. 2009), and referred to in the Brief as the "Dealer Rejection Opinion") | 4145 | 6/19/09 | Appendix 16 |
| Notice of Appeal, on behalf of Tarbox Motors, Inc. and Tarbox Chrysler Jeep, LLC | 4150 | 6/19/09 | Appendix 17 |
| Rejected Dealers' Motion for Reconsideration of the June 9, 2009 Rejection Order and the June 19, 2009 Rejection Opinion (referred to in the Brief as the "Reconsideration Motion") | 6132 | 12/25/09 | Appendix 18 |
| Objection of Debtors and Debtors In Possession to Amended Motion of Certain Dealers to Reconsider the Court's June 9, 2009 Rejection Order and June 19, 2009 Rejection Opinion (referred to in the Brief as the "Reconsideration Objection") | 6216 | 1/15/10 | Appendix 19 |
| Response to Debtor's Objection to Motion to Reconsider the Court's June 9, 2009 Rejection Order and June 1 Rejection Opinion (referred to in the Brief as the "Reconsideration Reply") | 6270 | 1/22/10 | Appendix 20 |
| Opinion Denying Rejected Dealers' Motion for Reconsideration of the June 9, 2009 Rejection Order and the June 19, 2009 Rejection Opinion (published as In re Old Carco, LLC, 423 B.R. 40 (Bankr. S.D.N.Y. 2009), and referred to in the Brief as the "Reconsideration Opinion") | 6341, 6342 | 2/5/10 | Appendix 21 |

| Document | Docket No. | Date Entered | Tab |
|---|---|---|---|
| Order Confirming Second Amended Joint Plan of Liquidation of Debtors and Debtors in Possession, as Modified (referred to in the Brief as the "Confirmation Order") | 6875 | 4/23/10 | Appendix 22 |
| Order, Pursuant to Section 1127(b) of the Bankruptcy Code, Approving Technical Modification of Confirmed Second Amended Joint Plan of Liquidation of Debtors and Debtors in Possession, as Modified | 6923 | 4/28/10 | Appendix 23 |