**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: CHRYSLER, LLC, et al, | Case No. 10 CV 2493 |
| Debtor, | MOTION FOR LEAVE FOR JOHN HINE PONTIAC TO WITHDRAW AS A PARTY, AND FOR LEAVE TO WITHDRAW AS COUNSEL FOR ISLAND JEEP INCORPORATED (#26272) AND JOHN HINE PONTIAC (#68445) |

COMES NOW, Pidgeon & Donofrio GP, counsel for the Rejected Dealers in this above-entitled action, and MOVES this court for leave of court for JOHN HINE PONTIAC (#68445) to withdraw as a party to this action, and for leave to withdraw representation on behalf of ISLAND JEEP INCORPORATED (#26272), and JOHN HINE PONTIAC (#68445), effective five days from the date of this motion.

This motion is supplemented by the affidavit of Stephen Pidgeon in support, pursuant to Local Rule 1.4.

Respectfully submitted this 23rd day of June, 2010.

                            __//STEPHEN PIDGEON //_____
                            STEPHEN PIDGEON, Esq.
                            LEO C. DONOFRIO, Esq.
                            3002 Colby Avenue, Suite 306
                            Everett, Washington 98201
                            (425)605-4774
                            Attorneys for Appellants

MOTION FOR LEAVE FOR JOHN HINE PONTIAC TO WITHDRAW AS A PARTY, AND FOR LEAVE TO WITHDRAW AS COUNSEL TO ISLAND JEEP INCORPORATED AND JOHN HINE PONTIAC - 1