**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: CHRYSLER, LLC, et al,                  Case No. 10 CV 2493

                          Debtor,        MOTION FOR LEAVE FOR LEAVE TO

                                         WITHDRAW AS COUNSEL FOR ISLAND JEEP

                                         INCORPORATED (#26272) AND JOHN HINE

                                         PONTIAC (#68445)

COMES NOW, Pidgeon & Donofrio GP, counsel for the Rejected Dealers in this

above-entitled action, and MOVES this court for leave of court to withdraw representation on

behalf of ISLAND JEEP INCORPORATED (#26272), and JOHN HINE PONTIAC (#68445),

effective five days from the date of this motion.

        This motion is supplemented by the affidavit of Stephen Pidgeon in support, pursuant to

Local Rule 1.4.

        Respectfully submitted this 23rd day of June, 2010.


                                          ___//STEPHEN PIDGEON //_____
                                          STEPHEN PIDGEON, Esq.
                                          LEO C. DONOFRIO, Esq.
                                          3002 Colby Avenue, Suite 306
                                          Everett, Washington 98201
                                          (425)605-4774
                                          Attorneys for Appellants


MOTION FOR LEAVE FOR JOHN HINE PONTIAC TO WITHDRAW AS A PARTY, AND
FOR LEAVE TO WITHDRAW AS COUNSEL TO ISLAND JEEP INCORPORATED AND
JOHN HINE PONTIAC - 1