**Pidgeon & Donofrio GP**
3002 Colby Avenue, Suite 306
Everett, Washington 98201
(425)605-4774 telephone

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: CHRYSLER, LLC, et al,      Case No. 10 CV 2493
    Debtor,

CERTIFICATE OF SERVICE

  I, Stephen Pidgeon, certify that I caused a true copy of the Order establishing Oral Argument on July 28, 2010 at 12:30 p.m. on the following counsel:

John Gentile
Bellavia Gentile & Assocs LLP
200 Old Country Road, Suite 400
Mineaola, New York 11501
(516)873-9032 facsimile

Law Offices of Michael J. Flanagan
2277 Fair Oaks Blvd., Suite 450
Sacramento, California 95825
(916)646-9138 facsimile

By facsimile to the facsimile numbers as provided above, this 19th day of July, 2010.

            _____
            STEPHEN PIDGEON, WSBA#25265
            The Law Offices of Pidgeon & Donofrio GP
            Attorneys for the Rejected Dealers.

CERTIFICATE OF SERVICE

                     **Pidgeon & Donofrio GP**
                     3002 Colby Avenue, Suite 306
                     Everett, Washington 98201
                     (425)605-4774