DOCUMENT SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                        :
                                                        :
In re:                                                  :    **SUMMARY ORDER GRANTING**
                                                        :    **ATTORNEY'S FEES**
OLD CARCO LLC                                           :
(f/k/a CHRYSLER LLC, *et al.*)                          :    10 Civ. 2493 (AKH)
                                                        :
                         Debtors.                       :    09-50002 (AJG)
                                                        :
                                                        :
------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

On April 17, 2012, I heard oral argument in the above-captioned matter. For the
reasons stated on the record, and pursuant to the order of the Second Circuit Court of Appeals,
the motion of Appellee Old Carco Liquidation Trust is timely. I fix the fees owed by Appellant's
counsel, Pidgeon & Donofrio GP, at $127,987.50. The Clerk shall enter judgment in that amount
against Pidgeon & Donofrio GP and in favor of Old Carco Liquidation Trust.

The Clerk shall mark the motion (Doc. No. 39) terminated and close the docket.

SO ORDERED.

Dated:      April 20, 2012
            New York, New York                    _____
                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge

1